WRIT NO. W08-60213-J(D)          77,138-29

EX PARTE

SENRICK WILKERSON

IN THE CRIMINAL
DISTRICT COURT NO. 3
DALLAS COUNTY, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 19 2015
Abel Acosta, Clerk

## APPLICANT'S OBJECTIONS TO TRIAL COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW ON REMAND AND MOTION TO AMEND HIS FACTS

On April 1, 2015, the Court of Criminal Appeals remanded this matter to the trial court for additional findings.

The trial was not held in CDC No. 3. It was held in Auxiliary Court No. 7, before the retired visiting Judge Keith Dean.

## HISTORY OF THE CASE

Applicant was wrongfully convicted by a jury of compelling prostitution and, on 12/17/2010, was sentenced by the trial Judge Keith Dean, to eight years confinement.

## ISSUES RAISED IN APPLICATION

Quoting the State, dated March 6, 2015; "In five grounds for relief, applicant claims he is entitled to a new trial because the trial court granted his motion for new trial on January 5, 2011. Applicant further claims that, because the trial court granted his motion for new trial, the court of appeals never acquired jurisdiction over his case. Finally, applicant claims he was convicted in his companion cases without an arrest or arraignment, and request an explanation as to why records show he posted personal recognizance bonds on the companion cases on February 24, 2011."

## ISSUES RAISED IN REMAND ORDER

Applicant is entitled to a New Trial from cause Nos. F10-01184, F10-01183 & F08-60213, due to the fact that the motion for new trial was circled granted, and signed by a judge.

Page 1 of 8

Quoting the Court of Criminal Appeals, dated April 1, 2015; "The trial court shall determine whether the factual basis of Applicant's claim was available when he filed the -14 application in Dallas County on July 23, 2013. TEX. CODE CRIM. PROC. art. 11.07, § 4(c). The trial court shall then determine whether Applicant's motion for new trial was granted; if so, whether this was the product of judicial reasoning and not a clerical mistake; who signed the motion at a later date; and when it was signed. The trial court shall also make any other findings of fact and conclusions of law that it deems relevant and appropriate to the disposition of Applicant's claim for habeas corpus relief."

## FINDINGS OF FACT

Applicant finds that the motion for new trial was granted and signed by a Judge on January 5, 2011. See Exhibit 1. Look closely under ORDER, in Exhibit 1. It clearly shows that granted is circled, and then signed above JUDGE. The District Clerk date stamped it on January 5, 2011, at 2:28 pm. The State claims: "How the signature came to be on the motion is not entirely clear." How is it not clear? Exhibit 1 clearly shows that, above 'JUDGE', there is a signature signed under ORDER. Meanwhile, in Judge Pat McDowell's Affidavit, he specifically says; "Also among those papers is another copy of the motion for new trial which includes a signature in the portion of the motion which is to be signed by the Judge. That signature may be mine but I cannot say with certainty that I signed it." Judge McDowell claims that the signature maybe his ??? But he cannot say with certainty that he signed it ??? Please look closely at Exhibit 1. Both signatures are remotely close to being the same. However, in Judge McDowell's Affidavit, dated April 23, 2015, is totally different than from the signatures shown in the granted Motion for New Trial. Then, Judge McDowell goes on to say; "I do know that directly below that signature I recognize a notation that was written, signed, and dated by me, indicating that I did not act on the motion for new trial." Notice that this Judge refers to his own signatures, as 'that signature', when he has stated that these signatures are his very

own. He also claims that he did not act on the motion for new trial. If he didn't sign his name shown under ORDER, and circled granted, as shown in Exhibit 1, Someone else is responsible for this granted motion for new trial, because the signature from Judge McDowell, dated April 23, 2015, in his Affidavit, clearly does not match the two signatures from Exhibit 1. This Court must submit the original copy of Exhibit 1, to the Court of Criminal Appeals. Also, the State should be required to have a signature professional analysist to compare all three (3) signatures from Judge Pat McDowell; this will totally show proof of the Court's Fraud, perjury, forgery, and the falsifying of government documents.

In Judge McDowell's Affidavit, he goes on to say; "That notation is dated by me, indicating that I did not act on the motion for new trial. That notation is dated "7/7/2011" and OnBase indicates that it was filed on that day." Again, in Exhibit 1, the District Clerk date stamped the motion on January 5, 2011, at 2:28 pm. If Judge McDowell's date of 7/7/2011 was never recorded, than surely the District Clerk would have date stamped the document on 7/7/2011, that would also show the time that it would have been filed. Exhibit 0, which is a copy of the Trial Docket sheet that Applicant had received in 2014; and it does not indicate any such hearings that were held on 7/7/2011. Exhibit 1 shows that the new trial was circled granted, and signed by a Judge, above the JUDGE portion, on January 5, 2011. Judge McDowell now claims that on 7/7/2011, he specifically wrote, "I did not rule on this." This six (6) month wait period totally exceeded and is outside of the 75 day limitations period, to act on any alleged corrections needed be, when a motion; the motion for new trial was ruled on. See Exhibit 2.

The reasons why the granted motion for new trial was never acted upon, is because the State Knew that Applicant had been illegally tried and illegally convicted for F10-01183 Sexual Performance by a child & F10-01184 Sexual Assault on a Child due to the fact that Applicant was never once arrested, never once arraigned, and was

Page 3 of 8

never once taken before any Magistrate Judge to participate in any first preliminary initial appearances from both fraudulent tainted sex offenses, as is required by Texas Law. See Article 15.17 CODE CRIM. PROC. But fraudulently, through Falsifying documents, Dallas County District Clerk's office is showing four (4) different arrest dates from cause Nos. F10-01183 & F10-01184. They are also showing, through fraud, that Applicant posted PR bonds for both cases, on 2/24/2011. See Exhibit F. This document indicates more inconsistancies in the entire Records. Then, the State goes on to state, on page 2 of their findings of fact: "Even if the motion had been signed by a Judge, it was signed well after the motion had been overruled by operation of law." This statement is totally false. Ineffective defense counsel, Calvin D. Johnson submitted the motion for new trial, on 12/17/2010. On January 5, 2011, under ORDER, the motion was circled granted, then signed by a Judge. Thats a total of 19 days later, after the District Clerk received the motion, on 12/17/2010. Less than 30 days. Then, a Judge waited six (6) months later, and hand-wrote 7/7/2011, "I did not rule on this." Totally operating outside of the 75 day limitations period for a motion for new trial. The Court of Appeals & Court of Criminal Appeals, should want to know; just what made this Judge decide to recover this granted motion for new trial, on 7/7/2011; six (6) months later after it was granted; to write, "I did not rule on this."

In any event Applicant has written numerous letters, and has filed several petitions and motions, requesting his Records from cause Nos. F08-60213, F10-01183 & F10-01184, from ineffective defense counsel Calvin D. Johnson, and ineffective appeals counsel Lori Ordiway. To this date, no success period. It was not until Applicant filed his Motion for Chapter 64 DNA testing, from cause Nos. F10-01183 & F10-01184, in July of 2013; when Applicant finally received an incomplete copy of the trial transcript, from ineffective lawyer Julie Doucet. This transcript has hundreds of pages missing, (received in September of 2013).

In June of 2014, Applicant finally received a copy of the incomplete Clerk's record from cause Nos. F10-01183 and F10-01184, from appeals lawyer Michael Mowla, whom was assigned by Judge Gracie G. Lewis. Once Applicant received this Clerk's record; was when he discovered the granted motion for new trial, and requested Records from the District Clerk's office; and is continued to this date, to be very unsuccessful. Therefore, when Applicant filed his -14 application in Dallas County on July 23, 2013; his PDR in 2012; and his 2254 Federal Habeas Corpus in January of 2014; It was done without any of the Records. Simply because the State continues, to this date, to violate Applicant's due process of law, on not given him any of his requested Records.

Dallas County District Clerk's office has had many problems in the past for fraudently forging and falsifying documents against defendants. Applicant's entire illegal convictions evidences proof of fraud, perjury, forgery, and falsifying documents in cause Nos. F08-60213, F10-01183, and F10-01184. Therefore, this newly manufactured On Base from the State is completely inconsistent, inaccurate, and totally incomplete. Which results in a reversal due to the fact that such incompleteness is of no fault of Applicant, requiring a reversal and new trial under Tex. R. App. P. 50 (e), id 160-161. See Jones V. State, 942 S.W. 2d 1, 1997 Tex. Crim. App. LEXIS 13 No. 0917-96. The Court of appeals will reverse a conviction, when the record is incomplete.

In any event Applicant sat in Dallas County illegally for 34 months, without any of his Records. Therefore, it was totally impossible for Applicant to raise this issue in his -14 application. Quoting the State from their page No. 2; "On Base indicates that the original motion for new trial was filed, at the latest January 5, 2011,' and it was signed in the judge signature portion of the motion on July 7, 2011." This is 100% untrue. Even Judge McDowell admitted in his affidavit, that the motion was signed under ORDER. ("That signature maybe mine but I cannot say with certainty that I signed it."). And the signed signature was on January 5, 2011. Then, the State claims: "Because the motion was signed prior to the filing of Applicant's -14 application on July 23, 2013, Applicant could have and should have raised that issue in his -14 application." This is unbelievable! Again, Applicant filed an application on July 23, 2013, which was 11 months

prior to finally receiving the incomplete Clerk's record from appeals lawyer Michael Mowla, in June of 2014. Making it totally impossible for Applicant to raise the issue in regards to the granted motion for new trial. Besides, Applicant had to file a Writ of Mandamus because this Court failed to timely respond to the 14 application that was filed on July 23, 2013. The Record will provide such evidence.

In Exhibit 1, the 'Eye Test' evidences proof, showing that the motion for new trial was circled granted, and clearly signed by a Judge, on January 5, 2011. If Judge Pat McDowell did not rule on this motion, then the State should focus on who forged his unmatched signatures. But the fact is simply this: Exhibit 1 shows that Applicant's motion for new trial was circled granted, and signed by a Judge on January 5, 2011.

The Court of Appeals violated Applicant's due process of law by proceeding with the Direct Appeals in cause Nos. F10-01184, F10-01183, and F08-60213. The incomplete Clerk's record was finally received in May of 2014, by Court of Appeals, which contains the granted motion for new trial. The Court of Appeals continued to ORDER the District Clerk, several times, to file their Clerk's record, from November of 2013, from cause Nos. F10-01183 & F10-01184; Which contains a copy of the granted motion for new trial. Applicant submitted a Petition to the Court of Appeal, in regards to the granted motion, and that Court instructed Applicant to contact the State Counsel for offenders, which is clearly a huge waste of time because SCFO, is of no help. They instructed Applicant to hire an attorney, Fact: The Court of Appeals in Dallas is aware of the granted motion for new trial. But will not exercise due diligence in the interest of justice.

The Record from F08-60213 Compelling Prostitution is totally incomplete and inconsistent. See attached Exhibit A, which is the manufactored-up Trial Docket sheet from this Court. It shows the date 12/3/2010, stating Motion to Consolidate & Request to Stack. But it fails to show the invalid Personal Recognizance bonds that were signed by Judge Gracie Lewis, on 12/3/2010, from cause Nos. F10-01182, F10-01183, F10-01184 & F10-01185. See Exhibit B. Applicant had a court date, on 10/4/2010, for cause No. F08-60213 only. Ineffective counsel Calvin D. Johnson passed the case once again, and in November of 2010, Applicant received a letter from

Calvin Johnson's office, stating that Applicant had a court date on 12/13/10. Even the State's witness, Terri Jennings had a court date set for 12/13/10, for her offense of FO8-60214 Compelling Prostitution. See Exhibit C, page 4 of 8, which is the Judicial Information document from cause No. FO8-60213, that Applicant had received in February of 2014. In the State's newly filed Trial Docket sheet (Exhibit A), it does not note Applicant's court date in it, from 12/13/2010. Also, see Exhibit D, which is the Trial Docket sheet that Applicant received in June of 2014. This trial docket sheet shows the illegal conviction and sentence date (12/17/2010); then it does not show anything else, in regards to the filings and grantings of the motion for new trial. Then, it shows the date of 6-26-12; "Hearing Cont. on order of Ct. of appeals. Reconstructed charge. GL." Totally surpassing any events or activities in the entire year of 2011. Applicant never knew anything about the hearing from 6-26-12, because appeals lawyer Lori Ordiway purposely failed to inform him.

In Exhibit A, it shows CORRECTION, under Motion for New Trial, dated 7/7/2011. However, in Exhibit C, page 7 of 8, under General Comments, it list the date 7/7/2011 under SUPL_CLERK'S_RECORD; CLERK'S_RECORD/SCANNED/FL. It does not show anything in regards to any such corrections been made. Referring back to Exhibit A, it list the date of 12/21/2010, for Jail Depo. However, in Exhibit C, page 5 of 8, shows the date of 12/23/2010, which is only in reference to the fraudulently forged capias arrest warrants from cause NOS. F10-01182, F10-01183, F10-01184 & F10-01185; which shows an arrest date for all four (4) tainted offenses, as Dec. 23, 2010. See Exhibit E, which is a copy of the forged arrest warrant. It is totally impossible for Applicant to have been arrested on Dec. 23, 2010, for these tainted cases, when he was illegally convicted and sentenced on 12/17/2010, for cause NOS. FO8-60213, F10-01183, and F10-01184; And those four (4) capias warrants were dismissed by the District Attorney's office on 11/29/2010. Refer to Exhibit E.

It must be repeated that the Record from FO8-60213 Compelling Prostitution, F10-01183 Sexual Performance by a Child & F10-01184 Sexual Assault on a Child, is totally incomplete, and without Applicant's fault.

Therefore, when the record is incomplete, without any fault of Applicant's, such incompleteness requires a reversal and new trial under Tex. R. App. P. 50(e), id. at 160-161. See Jones v. State, 942 S.W. 2d 1, 1997 Tex. Crim. App. LEXIS 13 No. 0917-96; where the Court of Appeals has specifically said, "We will reverse." See also, Jones v. State, 923 S.W. 2d 158 (Tex. App. - Beaumont 1996) & Williams v. State, 937 S.W. 2d 479, 486-87 (Tex. Crim. App. 1996). Relief must be granted.

## APPLICANT'S RECOMMENDATION

Applicant respectfully recommends that the Honorable Court of Criminal Appeals to ORDER this Court and the trial Court, to have an Evidentiary Hearing in regards to all of the Factual Disputes, and the incompleteness of the Records from Cause Nos. F08-60213, F10-01183 & F10-01184. And to also GRANT Applicant's writ of habeas corpus.

Respectfully submitted,

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, TX 77583

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2015, the foregoing document has been U.S. mailed to: Felicia Pitre District Clerk, 133 N. Riverfront Blvd., LB12, Dallas, TX 75207; Court of Criminal Appeals, P.O. Box 12308, Austin, TX 78711; And U.S. States Court of Appeals, Fifth Circuit, office of the Clerk, 600 S. MAESTRI PL, New Orleans, Louisiana 70130.

SENRICK WILKERSON

P.S.
Please safeguard my Liberty

THE STATE OF TEXAS      CAUSE NO. F08-60213
                       F10-01183
VS.                  F10-01184 Criminal

Senaick Wilkerson        DISTRICT COURT #3

                    DALLAS COUNTY, TEXAS

### DEFENDANT'S MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

    Now comes the Defendant in the above cause and by his Attorney, and moves the Court to grant him a New Trial herein for the good and sufficient reason that the verdict is contrary to the law and the evidence.

    WHEREFORE, Defendant prays the Court grant a new trial herein.

                     Respectfully submitted,

                     _____
                     Attorney for Defendant

                     ORDER

The above Motion is hereby granted / denied.

                     _____
                     Judge

7/7/11 I did not rule on this.

EXHIBIT
1

51

EX PARTE

SENRICK WILKERSON

IN THE CRIMINAL
DISTRICT COURT NO. 3
DALLAS COUNTY, TEXAS

" Applicant is requesting that this Court to produce the hearing minutes from the granted Motion for New Trial, on January 5, 2011. See Exhibit 1. Also, Applicant request that this Court to produce the hearing minutes from the notation, dated 7/7/2011, when the Judge specifically wrote, "I did not rule on this."

The Fourteenth Amendment to the United States Constitution provide that no person shall be deprived of life, liberty, or property without due process of law. U.S. Const. Amend. XIV 1. The State's action has deprived Applicant of such interest due to the fact that, on January 5, 2011, the motion for new trial was granted, and signed by a Judge. Applicant sat in Dallas County Jail illegally for 34 months, and he was never once informed that this motion for new trial was granted. These actions executed by the Court totally deprived Applicant of life, liberty, or his property without due process of law. Since this motion for new trial was granted on January 5, 2011, Applicant should have been informed by ineffective and deficient defense counsel Calvin D. Johnson. See again, Exhibit 1, which shows proof that Applicant is entitled to a new trial; and the Appeals Court should have never gained any jurisdiction over cause NOS. F08-60213, F10-01183 & F10-01184. These violations of due process evidences Applicant's demonstrations that he was deprived of his life, liberty, and property. See Valmonte v. Bane, 18 F. 3d 992, 998 (2nd Cir. 1994)."

Executed on May 12, 2015

SENRICK WILKERSON

Exhibit
2

| | Judgment\File Date | Document Type | Comment |
|---|---|---|---|
| Custom Query Selection | 12/05/2011 | Defendant Correspondence | |
| My Custom Queries | 10/26/2011 | Defendant Correspondence | |
| All Custom Queries | 08/09/2011 | Defendant Correspondence | |
| Case Number Query CC Crim | 08/05/2011 | Defendant Correspondence | |
| Case Number Query DC Crim | 08/03/2011 | Miscellaneous Correspondence | POLICE AFFVD |
| Documents on Vol. DC Crim | 08/03/2011 | Defendant Correspondence | |
| Documents on Vol. LADJ | 08/03/2011 | Defendant Correspondence | |
| | 08/03/2011 | Defendant Correspondence | |
| | 08/03/2011 | Defendant Correspondence | |
| | 08/03/2011 | Defendant Correspondence | |
| | 07/21/2011 | Appeal Correspondence | |
| | 07/13/2011 | Appeal - Clerk Record | |
| | 07/13/2011 | Appeal - Clerk Record | |
| | 07/07/2011 | Motion - for New Trial | CORRECTION |
| | 07/05/2011 | Appeal - Clerk Record | SUPPLEMENTAL |
| | 06/23/2011 | Appeal Correspondence | |
| | 02/28/2011 | Miscellaneous Correspondence | |
| | 02/15/2011 | Appeal - Correspondence | |
| | 02/14/2011 | Attorney Letter of Representation | |
| | 02/11/2011 | Defendant's Right of Appeal | |
| | 02/11/2011 | Motion - Withdraw Attorney Crim | GRANTED |
| | 01/06/2011 | Jury Notes | |
| | 01/06/2011 | Jury Charge - Verdict | |
| | 01/05/2011 | Motion - for New Trial | |
| | 01/05/2011 | Notice of Appeal Crim | |
| | 12/21/2010 | Jail Drop | |
| | 12/17/2010 | Judgment - Crim Min | CORRECTION |
| | 12/17/2010 | Jury Notes | |
| | 12/17/2010 | Judgment - Crim Min | |
| | 12/17/2010 | Docket Sheet Crim | |
| | 12/14/2010 | Jury Challenges | |
| | 12/14/2010 | Notice State's Witness | |
| | 12/07/2010 | Subpoena Application | |
| | 12/07/2010 | Subpoena Application | |
| | 12/07/2010 | Subpoena Application | |
| | 12/03/2010 | Miscellaneous Pleading | REQUEST TO STACK |
| | 12/03/2010 | Miscellaneous Pleading | MOTION TO CONSOLIDAT |
| | 11/30/2010 | Subpoena | |
| | 11/30/2010 | Subpoena | |
| | 11/30/2010 | Subpoena | |
| | 11/30/2010 | Subpoena | |
| | 11/30/2010 | Subpoena | |
| | 11/30/2010 | Subpoena | |
| | 11/30/2010 | Subpoena | |
| | 11/30/2010 | Subpoena | |
| Case Number Query DC Crim - Case Nu | 11/30/2010 | Subpoena | |

EXHIBIT
A

THE STATE OF TEXAS §

F1001184

COUNTY OF DALLAS §

KNOW ALL MEN BY THESE PRESENTS:

That I, SENRICK WILKERSON as principal, and being the defendant in the charge referred to herein, am held and firmly bound unto THE STATE OF TEXAS in the penal sum of Ten thousand ($ 10,000 .00) DOLLARS, payable to said State, and for the payment of which sum, well and truly to be made, I do bind myself, my heirs, executors and administrators, jointly and severally by these presents, and in addition thereto, I am bound for the payment of all necessary and reasonable expenses incurred by any and all sheriffs or other peace officers in re-arresting me as principal in the event I fail to appear before the court or courts provided for herein at the time stated herein, the amount of such expense shall be in addition to the principal amount specified herein. For the payment of which sum or sums well and truly to be made as aforesaid, I do bind myself, my heirs executors and administrators. jointly and severally by these presents; this bond shall be valid and binding upon me as principal, for my personal appearance before the court designated herein and before any court in which this cause may hereafter be pending at any time when, and place where, my presence may be required under the Code of Criminal Procedure of the State of Texas or by any such court and for any and all subsequent court proceedings had relative to the hereinafter described charge.

CONDITIONED, that, whereas, I as principal, now in the legal custody of the Sheriff of Dallas County, Texas charged in due form of the law in the Criminal District Court # 3 of Dallas County, Texas, in Cause No. F1001183, and styled the State of Texas vs. SENRICK WILKERSON, with a felony offense, and who by the order of the judge of said court has been required to give my personal bond in the sum set out above, conditioned for my personal appearance before said last named court on the 13 day of December A.D. 20 10, at 9:00 o'clock A.M., or upon notice by the court and any other court provided for herein, to answer the said above described charge now pending against me and for any and all subsequent proceedings had relative to the charge. Now, if I as principal shall make my personal appearance as provided for herein before said Criminal District Court # 3 of Dallas County, Texas, in the Courthouse in the City of Dallas, Dallas County, Texas, and there remain from day to day and term to term of said court until discharged by due course of law, then and there to answer said above described charge, and shall personally appear as provided for herein before any court in which this said cause may hereafter be legally pending as well as before any other court to which said cause may be transferred, at any time when, and place where, my presence may be required under the Code of Criminal Procedure of the State of Texas or by any of such courts, and there remain from day to day and term to term of any of such courts in which or before whomever said charge is pending, for any and all subsequent proceedings had relative to the charge, until discharged by due course of law, then the above bond will be null and void, otherwise to be and remain in full force and effect.

I swear that I will appear before the Criminal District Court # 3 of Dallas County, Texas, at the County Courthouse, 133 N. Industrial Blvd., the City of Dallas, Dallas County, Texas, on the _____ day of December 13th A.D. 20 10, at 9:00 o'clock A.M., or upon notice by the court, or pay to the court the principal sum of $ 10,000.00 plus all necessary and reasonable expenses incurred in any arrest for failure to appear.

_____
Affiant-Defendant as Principal

SWORN to and subscribed by before me, on the 3rd day of December A.D. 20 10.

Gary Fitzsimmons, District Clerk
Dallas County, TX

By _____ Deputy

_____
JUDGE

Exhibit B

STATE'S EXHIBIT
C

PENGAD 800-631-6989





DA CASE ID F-0860213      JUDCL CASE ID F-0860213

A010 DEF NAME WILKERS      C010 DEF NAME WILKERS

**J U D I C I A L   I N F O R M A T I O N**

A010-020-030-040                    FILE DATE 091008

DEF NAME WILKERSON_SENRICK_SHERN_____ RACE B SEX M DOB 05161970 AGE 43

DEF ADR1************************************** AC ___ PH _____ SS **********************

DEF CITY RICHARDSON_____ ST TX ZIP 00000 DLNUM ************* DLST __

OFF COMPEL_PROST_CH/17_____ DT 041608 TYP/CL F 2 GOC/CAT _ _ CODE VA000200

COMT _____ SID NUM 07638642 OF AMT _____

COMPLAINANT ********************************* TAPE # ____ ARREST DATE 090708

JUV STAT N REPEAT OFFENDER N CAREER OFFENDER N ORIG-LOC BOND___ CURR-LOC P

FILING AGENCY TXDPD0000 SER/CAS NO _____237338V ARREST NUM _____

LAI NUM _____1017341 AIS/DSO NO _____2611435 BOOKIN NUM _____10093432

JP FILE DATE 000000 JP CASE ID _____ JP COURT ID __ FED _ EVH _ AFF _

MAGISTRATE DATE 090708 MAGIS COURT 0I MAGIS JUDGE WOLFF_____ BOUND OVER _

EXAM TRIAL DATE 000000 EXAM COURT __ EXAM JUDGE _____ IND METH IND

GJ/H/R DT 101008 H GJ# _0480_A2 GJ/W/FILE 101308 GJ DS T DA DSP A ACC Y REAS _

DA DISPOS DATE 091008    MISDEMEANOR REDUCTION _ SENTENCE PROBATED _

JUDCL CASE ID F-0860213 GJ CT FY PROS STAT O 592 PROS NAME GRONA-ROBB_B____

COURT ASSIGNED TO FJ DATE ASSIGNED 090708 ASSIGNED BY O REASON B

PRECEEDING DA CASE ID _____ SUCCEEDING DA CASE ID _____

TRN 9174618571 TRS A002 WARRANT STATUS S STATE OFF CD 40040004__

_(handwritten: 1508070374 S.W.)_

DA CASE ID F-0860213      JUDCL CASE ID F-0860213

A010 DEF NAME WILKERS      C010 DEF NAME WILKERS

**BONDS**

B050

DATE BOND SET 090708 AMT ___2500.00 TYPE __ SET BY COURT 0I JUDGE WOLFF_____

REC NO 01 _

B050

DATE BOND SET 090808 AMT __80000.00 TYPE BN SET BY COURT FY JUDGE SNIPES____

REC NO 01 _

B050

DATE BOND SET 091208 AMT ___5000.00 TYPE BN SET BY COURT FY JUDGE SNIPES____

_(handwritten: EXHIBIT PC)_

REC NO 01 _

## SETS AND PASSES

B060

SET FOR DATE 010101   SET FOR TIME 0000   SET TYPE OTHE   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS $2,500_G&G_B/B_____

STATES RECOMMENDATION _____                 REC NO 01        _


**DA CASE ID F-0860213        JUDCL CASE ID F-0860213**

**A010 DEF NAME WILKERS        C010 DEF NAME WILKERS**

## SETS AND PASSES

B060

SET FOR DATE 090308   SET FOR TIME 0000   SET TYPE OTHE   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS ********************_

STATES RECOMMENDATION _____                 REC NO 01        _

B060

SET FOR DATE 110308   SET FOR TIME 0900   SET TYPE FIRS   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS SURETY_NOTIFIED_101508

STATES RECOMMENDATION _____                 REC NO 01        _

B060

SET FOR DATE 111708   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____                 REC NO 01     :  _

B060

SET FOR DATE 121008   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____                 REC NO 01        _


**DA CASE ID F-0860213        JUDCL CASE ID F-0860213**

**A010 DEF NAME WILKERS        C010 DEF NAME WILKERS**

**SETS AND PASSES**

B060

SET FOR DATE 010709   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____                    REC NO 01      _

B060

SET FOR DATE 020409   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____                    REC NO 01      _

B060

SET FOR DATE 022509   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____                    REC NO 01      _

B060

SET FOR DATE 040809   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____                    REC NO 01      _

DA CASE ID F-0860213        JUDCL CASE ID F-0860213

A010 DEF NAME WILKERS        C010 DEF NAME WILKERS

SETS AND PASSES

B060

SET FOR DATE 042909   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____                    REC NO 01      _

B060

SET FOR DATE 051309   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____                    REC NO 01      _

B060

SET FOR DATE 060309   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____                    REC NO 01      _

B060

SET FOR DATE 080309   SET FOR TIME 0900   SET TYPE TRIL   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS JURY_TRIAL_____

STATES RECOMMENDATION _____                    REC NO 01      _

DA CASE ID F-0860213          JUDCL CASE ID F-0860213

A010 DEF NAME WILKERS          C010 DEF NAME WILKERS

**SETS AND PASSES**

B060

SET FOR DATE 101909   SET FOR TIME 0900   SET TYPE TRIL   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS JURY_TRIAL_____

STATES RECOMMENDATION _____          REC NO 01        _

B060

SET FOR DATE 030110   SET FOR TIME 0900   SET TYPE TRIL   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS JURY_TRIAL_____

STATES RECOMMENDATION _____          REC NO 01        _

B060

SET FOR DATE 030810   SET FOR TIME 0900   SET TYPE OTHE   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS ATTORNEY_NOTIFIED_____

STATES RECOMMENDATION _____          REC NO 01        _

B060

SET FOR DATE 031010   SET FOR TIME 0900   SET TYPE OTHE   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS SELECT_TRIAL_DATE_____

STATES RECOMMENDATION _____          REC NO 01        _

DA CASE ID F-0860213          JUDCL CASE ID F-0860213

A010 DEF NAME WILKERS          C010 DEF NAME WILKERS

**SETS AND PASSES**

B060

SET FOR DATE 032410   SET FOR TIME 0900   SET TYPE OTHE   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS TO_SELECT_TRIAL_DATE__

STATES RECOMMENDATION _____          REC NO 01        _

B060

SET FOR DATE 080210   SET FOR TIME 0900   SET TYPE TRIL   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS JURY_TRIAL_____

STATES RECOMMENDATION _____          REC NO 01        _

B060

SET FOR DATE 100410   SET FOR TIME 0900   SET TYPE TRIL   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS JURY_TRIAL_____

STATES RECOMMENDATION _____          REC NO 01        _

B060

SET FOR DATE 121310   SET FOR TIME 0900   SET TYPE TRIL   PASSED TO DATE _____

SET DISPOSITION CODE __ PASSED GENERALLY _ COMMENTS JURY_TRIAL_____

STATES RECOMMENDATION _____ REC NO 01 _

DA CASE ID F-0860213      JUDCL CASE ID F-0860213

A010 DEF NAME WILKERS      C010 DEF NAME WILKERS

SETS AND PASSES

B060

SET FOR DATE 122310   SET FOR TIME 1600   SET TYPE OTHE   PASSED TO DATE _____

SET DISPOSITION CODE __ PASSED GENERALLY _ COMMENTS COJ_____

STATES RECOMMENDATION _____ REC NO 01 _

NAMES

B070

ASSOCIATED NAME ORDIWAY_LORI_9727010155_____ NAME REF CODE AH1102140

CT APPOINTED _ BAR NO _____ BOND MAKER _ DT BOND MADE _____ _

B070

ASSOCIATED NAME SUSAN_TABAEE_____ NAME REF CODE CR1012230

CT APPOINTED _ BAR NO _____ BOND MAKER _ DT BOND MADE _____ _

B070

ASSOCIATED NAME JOHNSON_CALVIN_565-5600_____ NAME REF CODE DD0811030

CT APPOINTED N BAR NO _____ BOND MAKER _ DT BOND MADE _____ _

B070

ASSOCIATED NAME GRONA-ROBB_B_____ NAME REF CODE LP0809220

CT APPOINTED _ BAR NO _____ BOND MAKER _ DT BOND MADE _____ _

DA CASE ID F-0860213      JUDCL CASE ID F-0860213

A010 DEF NAME WILKERS      C010 DEF NAME WILKERS

NAMES

B070

ASSOCIATED NAME KEITH_DEAN_____ NAME REF CODE VJ1012230

CT APPOINTED _ BAR NO _____ BOND MAKER _ DT BOND MADE _____ _

GENERAL COMMENTS      WS DATE

B080 090808_BOND_HELD_INSUFF;_NEW_BOND_$80,000.00_____ A 090808 01 _

B080 091208_BOND_LOWERED_TO_$5,000.00_PER_JDG_SNIPES_____ X 091208 01 _

CHARGE

C010

DEF NAME WILKERSON_SENRICK_SHERN_____ OFFENSE CD VA000200 STATE CD 40040004__

DESC COMPEL_PROST_CH/17_____ COMT _____ TYP/CL F 2 GOC _

GJ COURT FY  CURRENT COURT FJ  PREVIOUS COURTS _____ CHOV DT _____

**DA CASE ID F-0860213**        **JUDCL CASE ID F-0860213**

**A010 DEF NAME WILKERS**        **C010 DEF NAME WILKERS**

**DISPOSITION**

C020-01-02                              CT DISP NO 01

VERDICT DATE 121710 BY DR  DISP JCJG  TC __  DISM TYP _____ VOL 807  PAGE 1012

SENTENCE DATE 121710 BY DG  TO P  YEARS ___8 MTHS _____ DAYS ____ HOURS _____

SENTENCE TO BEGIN 121710 SENTENCE VOL ___ PAGE _____ DISCHARGE Y TYPE _ NUM __

PROBATED SENTENCE TO _ YEARS _____ MONTHS _____ DAYS ____    MULT SENT _

PROBATED FOR  YEARS _____ MONTHS _____ DAYS ____  PROBATION START DATE 000000

SPEC COND 1 __ _____ FOR ___ _ 2 __ _____ FOR ___ _

FINE CODE _ AMT _____0.00  COST CODE N AMT __510.00  PAYMENT DUE 000000

**REDUCED/ENHANCED CHARGE**

DESC _____ COMT _____ TYP/CL _ _ GOC _

COUNTY CODE _____  STATE CODE _____

PROBATION REVOCATION FILE DATE 000000  WARRANT ISSUED DATE 000000

DISPOSITION COMMENT 090708-090808_121710-121710____ _____        _

**MOTIONS**

C020-30                              CT DISP NO 01

DT FILED 121710  MOTN TYPE MNT  MOTN PENDING _  STATEMENT OF FACTS FILED _

DESC MOTION_NEW_TRIL_FILE_____ SENT PENDING _ DISPOSED DT 121710  TYPE D

COMMENT MTN_OVERRULED_(DENIED)_____        REC NO 30        _

**DA CASE ID F-0860213**        **JUDCL CASE ID F-0860213**

**A010 DEF NAME WILKERS**        **C010 DEF NAME WILKERS**

**APPEALS**

C020-50                              CT DISP NO 01

DATE APPEAL MADE 121710 COPY STATEMENT OF FACTS FILED 000000 EXTENDED 000000

DESIGNATION OF RECORD  DEFENSE 000000 STATE 000000 TRANSCRIPT FILED 071311

OBJECTION 000000 DATE NOTICE SENT 000000

DATE SENT TO APPEALS 000000 OPINION DATE 000000 MANDATE RECEIVED 061013 DISP A

MANDATE ENFORCED DATE 061013 APPEAL WITHDRAWN 000000 CT REPORTER INITIALS ST_

APPEAL REF CODE 0150                    REC NO 50        _

**GENERAL COMMENTS**

C080 090110_BENCH_WARRANT_ISSUED_FOR_BRANDI_MATHIS_PER_BROOK_ROBB_____

_____ DATE 090110                _

C080 040111_-_VOLS_1-7_(DISC)/SUSAN_TABAEE,_CSR/AM_____

_____ DATE 040411                _

C080 070611___FILE_TO_COURT_FOR_CORRECTIONS/FL_____

_____ DATE 070611                _

C080 070511__SUPL_CLERK'S_RECORD;CLERK'S_RECORD/SCANNED/FL_____

_____ DATE 070711                _

DA CASE ID F-0860213        JUDCL CASE ID F-0860213

A010 DEF NAME WILKERS        C010 DEF NAME WILKERS

**GENERAL COMMENTS**

C080 __70811__2ND_TIME_TO_COURT_FOR_CORRECTIONS/FL_____

_____ DATE 070811                _

C080 071311_-_CLERK'S_RECORD_PREPARED_AND_SENT_ELECTRONICALLY/AM_____

_____ DATE 071311                _

C080 092111_RETURNED_REPORTERS_RECORDS/VOL.1-7/SUSAN_TABEE/FL_____

_____ DATE 092111                _

C080 111011_CHECKED_OUT_REPORTERS_RECORD/VOL.1-4/BOBBY_ROBERTSON/FL_____

_____ DATE 111011                _

C080 SUPPLEMENTAL_SENT_ELECTRONICALLY_TO_5TH_COA_____

_____ DATE 060712                _

C080 REPORTER'S_RECORD_RECV'D_FROM_XAVIER,_CSR_/BH_____

_____ DATE 062912                _

C080 POSTCARD_RECV'D,_APPELLANT'S_PET_FOR_DISCRETIONARY_REVIEW_HAS_BEEN_RECV'D_

AND_FILED_110512_____ DATE 111312                _

C080 MANDATE_RECEIVED_FROM_5TH_COA_ON_6/10/13_-_AFFIRMING_TRIAL_COURT'S_JUDGMEN

__818/827_____ DATE 082313                _

*Tue Feb 04 10:11:55 CST 2014*

| New Search | Printer View | Back |

## View disposition and court codes

Copyright © 2010 Dallas County Online. All Rights Reserved.
Frequently Asked Questions | Privacy Statement | Help | ADA Statement | Site Index | Send comments to
webmaster@dallascounty.org

STATE OF TEXAS

vs. No. F-08-60213-S

Ennis Wilkerson

2nd Degree

Compelling Prosti eligible

| DATE OF ORDER | ORDERS OF COURT |
|---|---|
| 3-10-2010 | Arraign (to get disp date) |
| 3-24-2010 | Arraign (to get disp date) 3-24-2010 |
| 8/2/2010 | Jury Trial 8-2-2010 |
| 10-4-10 | Arraign scheduler sworn John Creuzot |

Case called for trial. Both sides announced ready.
Jury selected, impaneled and sworn. Defendant
arraigned, indictment read, plea of not guilty
before the jury entered. Jury charged.
Arguments of counsel, jury return verdict guilty of
Compelling Prostitution
Punishment assessed by Court at 8 years
confinement in the Institutional Division of Corrections

SUSAN TABBER, CSR
Official Court Reporter
Auxiliary Court No. 7
214-653-5985

Faith Olson
12-17-10

12-14-10

| 2/14/10 | CSG 8yo TDCJ & $510.00 | 86711010 |
| 6-26-12 | Hearing cont. on order of Ct. of Appeals. Reconstructed charge. Lf. |

EXHIBIT
D

CAPIAS/WARRANT OF ARREST

10-9963866
TIME 13-10

CAUSE NO. F-1001183 KJ THE STATE OF TEXAS VS. WILKERSON SENRICK SHERN

TO ANY PEACE OFFICER OF THE STATE OF TEXAS GREETING

YOU ARE HEREBY COMMANDED TO ARREST

17 P/ 481

*1017341*
*4-16-08*

DEF NAME WILKERSON SENRICK SHERN          RACE B   SEX M   DOB 05/18/1970
AKA NAME
ADDRESS 536 WENTWORTH  D4
CITY, ST RICHARDSON TX  75081
TRACKING NO                                SID NUMBER TX07638642

AND HIM SAFELY KEEP SO THAT YOU HAVE HIM BEFORE THE HONORABLE
CRIMINAL DISTRICT COURT 3      OF DALLAS COUNTY, TEXAS AT THE DALLAS COUNTY
COURTHOUSE IMMEDIATELY THEN AND THERE TO ANSWER THE STATE OF TEXAS UPON

A CHARGE BY INDICTMENT IN SAID COURT CHARGING HIM WITH THE OFFENSE OF
SEX_PERFORM_CH_EMPL

HEREIN FAIL NOT, BUT MAKE DUE RETURN HEREOF TO THE COURT INSTANTER.

WITNESS MY SIGNATURE AND OFFICIAL SEAL THIS 24TH  DAY OF  NOVEMBER, 2010

GARY FITZSIMMONS, DISTRICT CLERK
DALLAS COUNTY, TEXAS

BY
DEPUTY N. LILLEY

SHERIFF'S RETURN
-------------------

CAME TO HAND THE 29 DAY OF Nov. 10 AND EXECUTED THE 23 DAY
OF Dec. 10.

DISMISSED ON MOTION OF
DISTRICT ATTORNEY

RETURNED THIS 23 DAY OF Dec. 10          MILEAGE     $

SHERIFF, DALLAS COUNTY, TEXAS            FEES        $

BY        Waldez        DEPUTY           TOTAL       $

| | DATE | BY |
|---|---|---|
| I.D. | | |
| Assign | | |
| WRAW | 11 29 | wJ |
| ICIC | | |
| NCIC | | |
| Rgn | | |
| Post | | |

2010 NOV 29  8:27

EXHIBIT-E



☆AIS | Logout | Home | My Tools | Help | 19 | GO

Bond: SENRICK WILKERSON    Search    Referrals    User: Jeanette Brown

Identification | Offense (19) | Arrest (3) | Book-In | Magistrate | Warrants | Jail | Bonds | Pre-Trial Rel

Dist. Attorney | Prosecutor | Grand Jury | Victim Services | Divert Court | Court

• IN COUNTY JAIL

Current BookIn No: 10093432 - North Tower / 5E07

Audit Trail    Status

## Adult Identification Information

| | | | |
|---|---|---|---|
| **AIS Number** 2611435 | **DPS/SID Number** 07638642 | **LAI Number** 1017341 | **FBI Number** |
| **True Last Name** WILKERSON | **Suffix** | **True First Name** SENRICK | **Middle Name** SHERN |
| **Date of Birth** | **Current Age** 42 | **Height** 6' 0" | **Weight** 180 lb |
| **Photo** Unavailable | **Fingerprints** Unavailable | **In Dallas Jail Before** YES | **Native Language** |
| **Race** Black | **Sex** Male | **Ethnicity** Non Hispanic | **Skin Tone** Medium |

Date: 12/17/2010
Photos(3)

### Bond Detail

**Bond Number**
Z100118301

**Bond Posted Date/Time**
2/24/2011 11:07:02 AM

**Pre-Trial Fee**
$0.00

**Is faxed Bond?**
OtherYes  OtherNo

**County (if Faxed Bond) and Insurance Power**
Other
Power Number

**Bond Type**
Personal Recognizance

**Previous Bond No**

**Bond Amount**
$10,000.00

### Offense Detail

Book-In Number

**Offense Description**
SEXUAL PERFORM CHILD EMPLOYEE/INDUCE/AUTHORIZE

**Level And Degree**
F2

**Statute/Citation**
43.25 (b) PC

**Agency**

**Arrest DT/TM**

Get List Of Offenses/Holds    Create New Offense

**Court**
CDC3

**Court Date (MMDDYY)**

**Court Time (HHMM AM/PM)**
08:30 AM

**Jail Location**
OTHER

**Warrant No.**
F1001183J

**Case No.**
F1001183J

### Receipt History    New Receipt

| Payer Type | Name | Amount Paid | Receipt No | Receipt DT/TM | Cashier | Voided |
|---|---|---|---|---|---|---|
| | | | | | | |

EXHIBIT F